

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-19-00193-CV
_____

ROSIE ALEMAN SANCHEZ, APPELLANT

VS.

RUBEN ALEMAN, APPELLEE

On Appeal from the 222nd District Court
Deaf Smith County, Texas
Trial Court No. DR-2018I-141; Honorable Roland D. Saul, Presiding

June 24, 2019

## MEMORANDUM OPINION

Before QUINN, C.J., and PIRTLE and PARKER, JJ.

Appellant, Rosie Aleman Sanchez, appeals from the *Final Decree of Divorce and Modification of Parent-Child Relationship*.  However, she has failed to pay the required filing fee.  By letter dated June 5, 2019, the clerk of this court advised Sanchez that a filing fee of $205 was overdue and that unless she was excused from paying court costs

under appellate rule 20.1, failure to pay the filing fee by June 17 would result in dismissal of the appeal without further notice. *See* TEX. R. APP. P. 20.1, 42.3(c).

To date, Sanchez has not responded to the clerk's letter, paid the filing fee, made other arrangements, or sought to proceed without payment of court costs. *See* TEX. R. APP. P. 12.1(b), 20.1. Unless a party is excused from paying a filing fee, the clerk of this court is required to collect filing fees set by statute or by the Texas Supreme Court when an item is presented for filing. *See id.* at 5, 12.1(b). Although the filing of a proper notice of appeal invokes an appellate court's jurisdiction, if a party fails to follow the prescribed rules of appellate procedure, the appeal may be dismissed. *Id.* at 25.1(b).

Accordingly, having provided Sanchez a reasonable opportunity to cure this defect, this appeal is dismissed for Sanchez's failure to comply with a requirement of the appellate rules and with a notice from the clerk requiring action within a specified time. TEX. R. APP. P. 42.3(c).

Per Curiam